■ BETTY TYSON, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 100046.) [719 NYS2d 917] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, Corbett, Jr., J. (*Tyson v State of New York,* 182 Misc 2d 707). (Appeal from Order of Court of Claims, Corbett, Jr., J.—Unjust Imprisonment.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Burns and Lawton, JJ.